

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMMIE DENNIS BLOUNT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0186** |
| **ST. TAMMANY PARISH SHERIFF'S OFFICE** | **SECTION "F" (1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion to dismiss is **GRANTED** and that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 25th day of November, 2005.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____